IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 01-377 (Calendar Comm.) |
| ISIDORO SIMON-PEREZ, | : | UNDER SEAL |
| Defendant. | : | |

**FILED**
**AUG - 1 2016**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

Upon consideration of the government's motion to unseal the Indictment and Arrest Warrant, for a limited purpose, in the above-captioned case, and for good cause shown, it is this _1st_ day of _August_, 2016.

ORDERED, that the motion is granted; and it is

FURTHER ORDERED, that the Clerk's Office shall provide the government with five certified copies of the Indictment and Arrest Warrant in this case; and it is

FURTHER ORDERED, that the government and Homeland Security Investigations shall be permitted to use the certified Indictment and Arrest Warrant to for purposes of seeking the arrest and extradition of the defendant from a foreign country; and it is

FURTHER ORDERED, that the case shall otherwise remain sealed.

_____
United States District Court Judge

Copies to:

AUSA Frederick Yette
U.S. Attorney's Office
Rm. 11-443